of the buildings above the sidewalks for greater distances than the air-vent pipe here in controversy. Under the circumstances shown by the evidence in this case, we cannot say that the location of the air-vent pipe constitutes either a public hazard or that it defaces the building. In any event, the damage, if any, caused by the alleged defacement is inconsequential.

The trial court heard and saw the witnesses and we must give due weight to the trial court's superior advantage in passing on the facts and judging the credibility of the witnesses. *Jorn v. Tallett,* 341 Ill. App. 240.

For the reasons given, the judgment is affirmed.

*Judgment affirmed.*

KILEY, P. J. and FEINBERG, J., concur.

## Ina Hudson, Plaintiff-Appellee, v. Harry L. Hudson, Defendant-Appellant.

**Gen. No. 9,800.**

William G. Vogt, for appellant; Russell J. Alvarez, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed June 10, 1952; released for publication July 7, 1952.